**Order entered February 13, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00898-CV

### CITY OF EULESS, SELF-INSURED, Appellant

### V.

### MARTA DANYLYK, ET AL., Appellees

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01243-2017**

## ORDER

Before the Court is appellant's February 10, 2023 unopposed second motion for an extension of time to file its opening brief. We **GRANT** the motion and extend the time to **February 17, 2023**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
         JUSTICE